# ELECTRONIC RECORD

COA # 07-13-00355-CR        OFFENSE: 22.021

STYLE: Ronnie Mack Barnard v. The State of Texas        COUNTY: McLennan

COA DISPOSITION:    AFFIRMED        TRIAL COURT: 54th District Court

DATE: 04/08/2015        Publish: NO    TC CASE #:    2013-631-C2

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Ronnie Mack Barnard v. The State of Texas        CCA #:    **524-15**

____*APPELLANT'S*____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:    _____

____*REFUSED*____        JUDGE:    _____

DATE: __08/26/2015__        SIGNED: _____        PC: _____

JUDGE: _____        PUBLISH: _____        DNP: _____

\- - - - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**